**IN THE UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF MISSOURI**

In re:    GAYLE M BLANCHARD                    )    Case No. 21-40251
                                  Debtor                    )

## DEBTOR'S MOTION TO REOPEN CASE, TO VACATE DISMISSAL ORDER AND REINSTATE CASE

**COMES NOW** Debtor, Gayle Blanchard, by and through Counsel, and for this Motion to Reopen the Chapter 13 Case, states that:

1.    Debtor filed an emergency *pro se* Chapter 13 Petition on March 5, 2021 in order to prevent a pending foreclosure.

2.    Debtor's case was dismissed on March 25, 2021 for failure to file Summary of Your Assets and Liabilities and Certain Statistical Information, Schedules A/B-J, Declaration/Verification of Schedules, Statement of Financial Affairs, Statement of Current Monthly Income, Debtor(s) Evidence of Employer Payments (60 days) OR Affidavit of Debtor(s), Evidence of NO Employer Payments, Chapter 13 Plan.

3.    Debtor's case was closed with this Court on May 25, 2021.

4.    Subsequent to the dismissal and closing of the case, Debtor retained Counsel to represent her and to file the remaining documents as listed above.

5.    Upon the entry of an Order granting this Motion, Debtor will file the documents as outlined above.

6.    If the deadline(s) for filing complaints pursuant to Fed. R. Bankr. P. 4004(a) or 4004(c), motions under Fed. R. Bankr. P. 1017(e), or proofs of claim under Fed R. Bankr. P. 3002(c) expired on or after the date the case was dismissed or if less than thirty days remains until such deadline, debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under Fed R. Bankr. P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the 30 days following notice of reinstatement of the case.

**WHEREFORE**, Debtor requests that the Court enter an order reopening this Case, vacating the dismissal and reinstating the case and for such further relief as the Court deems equitable and proper.

Dated: June 9, 2021                    Respectfully submitted,
                                       WM Law


                                       /s/ G. Addam Fera
                                       _____
                                       G. Addam Fera, MO #51272; KS #21320
                                       15095 W. 116th St.
                                       Olathe, KS 66062
                                       Phone (913) 422-0909 / Fax (913) 428-8549
                                       fera@wagonergroup.com
                                       ATTORNEY FOR DEBTOR


                            **NOTICE OF MOTION**

        Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov .  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

        If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

        For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

                            **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon all creditors listed on Debtor's attached mailing matrix, and upon affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Wednesday, June 09, 2021.

[See attached mailing matrix]


                                       /s/ G. Addam Fera
                                       _____