# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   GAYLE M BLANCHARD

Case No.:  21-40251-btf-13

**Debtor**

## WITHDRAWAL OF CHAPTER 13 TRUSTEE FINAL REPORT AND ACCOUNT DUE TO DISMISSAL

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and requests that Document 14 filed on April 09, 2021, be withdrawn, and in support thereof states:

1. On April 09, 2021, the trustee filed a(n) Chapter 13 Trustee Final Report and Account due to Dismissal. The trustee has cause to withdraw the pleading.

WHEREFORE, the Trustee requests that Document 14 filed on April 09, 2021, be withdrawn.

July 09, 2021

Respectfully Submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT

/s/ Richard V. Fink, Trustee

LL      /Withdrawal - Generic