# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: GAYLE M BLANCHARD                                    CASE NUMBER: 2140251
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below
listed entities in the manner shown on ___7/12/2021___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ATLAS ACQUISITIONS LLC,492C CEDAR LANE STE 442,TEANECK NJ 07666
CENTERPOINT MEDICAL CENTER,RESURGENT CAPITAL SERVICES,PO BOX 1927,GREENVILLE SC 29602
CENTRE TRUSTEE CORPORATION,600 WASHINGTON AVENUE 15TH FLOOR,SAINT LOUIS MO 63101
DEUTSCHE BANK NATIONAL TRUST CO TRUSTEE (SE,C/O SPECIALIZED LOAN SERVICING LLC,6200 S QUEBEC ST,GREENWOOD VILLAGE COLORADO 80111
GARRY ADDAM FERA,WM LAW,15095 W 116TH ST,OLATHE KS 66062
GAYLE M BLANCHARD,907 SOUTH MAIN,INDEPENDENCE MO 64056
MISSOURI DEPARTMENT OF REVENUE,PO BOX 475,JEFFERSON CITY MO 65105
PRA RECEIVABLES MANAGEMENT LLC,PO BOX 41021,NORFOLK VA 23541
QUANTUM3 GROUP LLC AS AGENT FOR,JHPDE FINANCE 1 LLC,PO BOX 788,KIRKLAND WA 98083-0788
SANDBERG PHOENIX & VON GONTARD P C,ATTN KATHLEEN TAYLOR,600 WASHINGTON AVENUE 15TH FLOOR,SAINT LOUIS MO 63101
SPECIALIZED LOAN SERVICING LLC,12400 OLIVE BLVD SUITE 555,ST LOUIS MO 63141
SPECIALIZED LOAN SERVICING LLC,6200 SOUTH QUEBEC STREET,GREENWOOD VILLAGE CO 80111
SPECIALIZED LOAN SERVICING LLC,87 42 LUCENT BOULEVARD -SUITE 300,HIGHLANDS RANCH CO 80129

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information
and belief.

Date : ___7/12/2021___          Signature : _____
                                                              Premium Graphics, Inc.
                                                              2099 Thomas Road Suite 10
                                                              Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   GAYLE M BLANCHARD

                                                           Case No.:  21-40251-btf-13

          **Debtor**

## WITHDRAWAL OF CHAPTER 13 TRUSTEE FINAL REPORT AND ACCOUNT DUE TO DISMISSAL

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and requests that Document 14 filed on April 09, 2021, be withdrawn, and in support thereof states:

1.  On April 09, 2021, the trustee filed a(n) Chapter 13 Trustee Final Report and Account due to Dismissal. The trustee has cause to withdraw the pleading.

WHEREFORE, the Trustee requests that Document 14 filed on April 09, 2021, be withdrawn.

                                          Respectfully Submitted,

July 09, 2021

                                          /s/ Richard V. Fink, Trustee

                                          Richard V. Fink, Trustee
                                          2345 Grand Blvd., Ste. 1200
                                          Kansas City, MO 64108-2663
                                          (816) 842-1031

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT

                                          /s/ Richard V. Fink, Trustee

                                                    LL      /Withdrawal - Generic