# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In re:   GAYLE M BLANCHARD**

**Case No.:  21-40251-btf-13**

**Debtor**

## TRUSTEE'S OBJECTION TO MOTION FOR POST-CONFIRMATION FEES

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and files this objection to the Motion for Post-Confirmation Fees for debtor's attorney (document #96) filed on November 15, 2021 and in support thereof states:

1.  The plan has not yet been confirmed. Therefore, the request for post-confirmation fees pursuant to Local Rule 2016-1 is premature.

WHEREFORE, the Chapter 13 Trustee requests that the Motion for Post-Confirmation Fees be disallowed.

November 16, 2021

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RH        /Objection - Motion for Post Confirmation Fees - Not Confirmed