# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: GAYLE M BLANCHARD                                    CASE NUMBER: 2140251
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __11/17/2021__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

GAYLE M BLANCHARD,907 S MAIN,INDEPENDENCE MO 64056

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ____11/17/2021____        Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:   GAYLE M BLANCHARD

**Case No.:  21-40251-btf-13**

**Debtor**

## TRUSTEE'S OBJECTION TO MOTION FOR POST-CONFIRMATION FEES

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and files this objection to the Motion for Post-Confirmation Fees for debtor's attorney (document #96) filed on November 15, 2021 and in support thereof states:

1.  The plan has not yet been confirmed. Therefore, the request for post-confirmation fees pursuant to Local Rule 2016-1 is premature.

WHEREFORE, the Chapter 13 Trustee requests that the Motion for Post-Confirmation Fees be disallowed.

November 16, 2021

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RH       /Objection - Motion for Post Confirmation Fees - Not Confirmed